From: The District Court of the First Judicial District. County of Lewis and Clark.

STATE OF MONTANA, Plaintiff, vs. RONALD RANDALL, Defendant.

Received at State Prison 11/28/67—Grand Larceny—5 years.

NO. 33

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years, imposed on November 28, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that this prisoner has a record of repeated difficulties with the law and was on probation from the State of Colorado when the offense for which he is now a prisoner was committed. He has been in prison only since November 28, 1967 and has not yet been there long enough for any valuable evaluation of adjustment. He will be eligible for parole consideration in November of 1968 and under these circumstances it is not felt the Board should reduce the present sentence.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION
Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the First Judicial District. County of Lewis and Clark.

STATE OF MONTANA, Plaintiff, vs. LARRY ALAN ROATH, Defendant.

Received at State Prison 9/16/66—Robbery—15 years.

NO. 2

## DECISION

The application of the above-named defendant for a review of the sentence of 15 years, imposed on September 14, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be reduced to 10 years.

The reason for the above decision is that with only a minor past arrest record and no prior felony convictions, the prisoner was given a sentence of 15 years for robbery, or about 5 years in excess of the sentence usually imposed under the circumstances. Additionally, the prisoner has an outstanding record of improvement in the institution with attitude, habits and general conduct all considered good.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION
Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

The action taken herein is not to be construed as being any indication whatever that the Sentence Review Division feels the same should influence, in any way, any other official, Board or person.